A91A0830. CROW v. NORTHSIDE BUILDING SUPPLY COMPANY.
(411 SE2d 914)

BEASLEY, Judge.

The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36 (1) & (2).

In the opinion of the Court, the case was taken up for delay only, and ten percent damages are awarded to plaintiff/appellee, which award shall be entered in the remittitur. OCGA § 5-6-6; *Prattes v. Southeast Ceramics*, 132 Ga. App. 584, 586 (3) (208 SE2d 600) (1974).

*Judgment affirmed. Carley, P. J., and Cooper, J., concur.*

DECIDED SEPTEMBER 23, 1991 —
RECONSIDERATION DENIED OCTOBER 9, 1991.

*Rafe Banks III*, for appellant.
*Richardson, Chenggis & Constantinides, George G. Chenggis, Platon P. Constantinides*, for appellee.